ACCEPTED
05-12-00965-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/23/2015 2:28:33 PM
LISA MATZ
CLERK

**No. 05-12-00963-CV**
**No. 05-12-00965-CV**
**No. 05-12-00966-CV**
**No. 05-12-00967-CV**

**IN THE COURT OF APPEALS**

**FOR THE FIFTH DISTRICT OF TEXAS**

**AT DALLAS, TEXAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/23/2015 2:28:33 PM
LISA MATZ
Clerk

_____

**THE CITY OF DALLAS, TEXAS, Appellant vs. Anthony Arredondo, et al., Appellees**

**THE CITY OF DALLAS, TEXAS, Appellant vs. David L. Barber, et al., Appellees**

**THE CITY OF DALLAS, TEXAS, Appellant vs. Kenneth E. Albert, et al., Appellees**

**THE CITY OF DALLAS, TEXAS, Appellant vs. Kevin Michael Willis, et al., Appellees**
_____

Appeals from the 199th Judicial District Court of Collin County, Texas
Nos. 199-1743-99, 199-624-95, 199-697-94, 199-200-95
_____

**NOTICE OF SUBSTITUTION OF COUNSEL AND CHANGE OF ADDRESS**
_____

Eric G. Calhoun, counsel for Dallas Police and Fire Pension System, files this Notice of Substitution of Counsel to substitute his new firm, Calhoun & Associates for his former firm, Travis & Calhoun, P.C., and files this Notice of Change of Address. The undersigned's new contact information is as follows:

**Eric G. Calhoun**
**CALHOUN & ASSOCIATES**
**1595 N. Central Expressway**
**Richardson, Texas 75080**
**Telephone: (214) 766-8100**
**Facsimile: (214) 308-1947**
**eric@ecalhounlaw.com**
**Assistant: egcla@ecalhounlaw.com**

Please update your records accordingly.

Respectfully submitted,


*/s/ Eric G. Calhoun*
ERIC G. CALHOUN
Texas Bar No. 03638800
**CALHOUN & ASSOCIATES**
1595 N. Central Expressway
Richardson, Texas 75080
(214) 766-8100 Telephone
(214) 308-1947 Facsimile
eric@ecalhounlaw.com
egcla@ecalhounlaw.com Assistant

**COUNSEL FOR DALLAS POLICE AND FIRE PENSION SYSTEM**

## CERTIFICATE OF SERVICE

I hereby certify on this 23rd day of April, 2015, a copy of the foregoing has been served on all counsel of record via the Court's CM/ECF system pursuant to the local rules of this Court.


*/s/ Eric G. Calhoun*
Eric G. Calhoun